JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, | ) ) ) | CASE NO. 2:15-CV-04492-MWF-JC |
| Petitioner, | ) ) | JUDGMENT CONFIRMING ARBITRATION AWARD ISSUED BY ARBITRATOR JOSEPH F. GENTILE IN FAVOR OF THE SOUTHWEST REGIONAL COUNCIL OF CARPENTERS AND AGAINST CALZON BUILDERS, INC. |
| v. | ) ) ) | |
| CALZON BUILDERS, INC., | ) ) | |
| Respondent. | ) ) | |

Upon consideration of the contentions of Petitioner Southwest Regional Council of Carpenters ("Union") in open Court, this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Award issued by Arbitrator Joseph F. Gentile in favor of the Union and against Calzon Builders, Inc. is hereby confirmed and enforced in its entirety. Calzon Builders, Inc., shall fully comply with the Award, including pay $10,647.92, as follows: $2,847.52 for the fringe benefits owed, $7,200.40 for total wages owed, $600 for the hiring fees.

**IT IS HEREBY FURTHER ORDERED** that, pursuant to California Civil Code Section 3289(b), Calzon Builders, Inc., must pay an interest at a rate of ten (10) percent per annum from the date of the Award, May 11, 2015, until full

satisfaction of the arbitration award.

Pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the SOUTHWEST REGIONAL COUNCIL OF CARPENTERS has a judgment against CALZON BUILDERS, INC., as follows:

| | | |
|---|---|---:|
| 1. | Amount owed as per the Arbitration Award | $10,647.92 |
| 2. | Interest of ten (10) percent per annum on $10,647.92, pursuant to California Civil Code Section 3289(b), from May 11, 2015 to July 21, 2015 | $207.12 |
| | TOTAL | $10,855.04 |

This Court retains jurisdiction for purposes of confirming and enforcing the award made by the Arbitrator.

DATE: August 24, 2015

_____
MICHAEL W. FITZGERALD
United States District Court Judge